UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10 B 39524 |
| | CHAPTER 13 |
| MARIA REYES | |
| | JUDGE JANET S BAER |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO BANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 12 | 10 | 6683 4056 KIMBALL | $34,720.45 | $34,720.45 | $34,720.45 |
| Total Amount Paid by Trustee | | | | | $34,720.45 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-39524-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 11th day of September, 2015.

Debtor:
MARIA REYES
4056 N KIMBALL AVE
CHICAGO, IL  60618

Attorney:
LOPEZ & MOHAMMED
8 DOUGLAS AVE
ELGIN, IL  60120
via Clerk's ECF noticing procedures

Creditor:
WELLS FARGO BANK
% OCWEN LOAN SERVICING
PO BOX 24781
WEST PALM BEACH, FL 33416-4781

Mortgage Creditor:
BENEFICIAL ILLINOIS INC
% HSBC MORTGAGE SVC
PO BOX 2118
EAGAN, MN  55121

Mortgage Creditor:
HSBC MORTGAGE SERVICES
PO BOX 21188
EAGAN, MN  55121-4201

Mortgage Creditor:
AMERICAN HOME MORTGAGE SERV
4875 BELFORT RD # 130
JACKSONVILLE, FL  32256

Mortgage Creditor:
HSBC MORTGAGE SERVICES
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD
BURR RIDGE, IL  60561

Creditor:
WELLS FARGO BANK
% AMERICAN HOME MORTGAGE SVC
1525 S BELTLINE RD #100 N
COPPELL, TX  75019

ELECTRONIC SERVICE - United States Trustee

Date:  September 11, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603